

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In the interest of B.S.C., a child,

No. 11-23-00139-CV

\* From the 446th District Court
of Ector County,
Trial Court No. D-128,989.

\* June 27, 2024

\* Memorandum Opinion by Bailey, C.J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the order below. Therefore, in accordance with this court's opinion, we reverse the trial court's Agreed Order in Suit Affecting the Parent-Child Relationship signed on June 5, 2023. Accordingly, this cause is remanded to the trial court for further proceedings.